UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: SUSIE DAVIS                                    CHAPTER 13

DEBTOR                                                CASE NO. 12-13877 JDW

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

This matter came on to be heard this day on the Motion of Susie Davis requesting the issuance of an order directing Modification of Chapter 13 Plan after confirmation, and it appearing unto the Court as follows, to-wit:

1.    That Debtor's Chapter 13 Plan was confirmed on January 25, 2013 [ docket no. 53] providing for a plan period of 60 months and payment of 17% to unsecured creditors.

2.   Debtor requests that her plan be modified to include World Finance Corporation  as a secured creditor in the amount of $950.66 plus 7% interest for a Apple Ipad2.

IT IS, THEREFORE, ORDERED that Debtor's Chapter 13 Plan [docket no. 53] is amended to include World Finance Corporation as a secured creditor for the amount of $950.66 plus 7% interest.

IT IS, FURTHER, ORDERED that the Trustee shall amend the Debtor's wage order as necessary to comply with the terms of this order.

SO ORDERED this the ___12th___ day of ___March___, 2013.

_____
BANKRUPTCY JUDGE

PREPARED BY:

**KAREN B. SCHNELLER, ESQ.**
**P.O. BOX 417**
**HOLLY SPRINGS, MS 38635**
**662-252-3224**
**Attorney for Debtor**