## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| SUSIE DAVIS | § CHAPTER 13 |
| SS# XXX-XX-9679 | § |
| DEBTOR(S) | § CASE NO. BK 12-13877-JDW13 |

### ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM STAY

This matter set to come before the Court on November 13, 2013 on the Motion for Relief From Stay (Dkt. #61) filed on behalf of Vanderbilt Mortgage and Finance, Inc. (hereinafter "Movant"), and based on the pleadings previously filed in this matter and the agreement of the parties, it is hereby ORDERED, ADJUDGED and DECREED that:

Movant's Motion for Relief from Stay is CONDITIONALLY DENIED; however the Automatic Stay imposed by 11 U.S.C § 362 shall terminate in favor of Movant without further Order of this Court if Debtor allows independent insurance coverage to lapse and said insurance is not reinstated and written evidence of such reinstatement is not provided to Movant within twenty (20) days of the notice of lapse given by Movant to the Debtor and Debtor's counsel.

This Order Prepared and Submitted By:

Robin E. Pate (MS BAR #103449)
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000

This Order Approved by:

/s/ Robin E. Pate
Robin E. Pate (MS BAR #103449)
Attorney for Vanderbilt Mortgage and Finance, Inc.
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000

/s/ Karen B. Schneller
Karen B. Schneller
Attorney for Debtor
P.O. Box 417
Holly Springs, MS 38635
(662) 252-3224

Approved as to form only:
/s/ Locke D. Barkley
Locke D. Barkley
Trustee
Post Office Box 55829
Jackson, MS 39296-5829
(601) 355-6661

i:\buddy\clients\vmf\davis, susie\12-13877-jdw-ao-relief stay.docx

/s/ Jim P. Woodard
U. S. Bankruptcy Judge

December 5, 2013

Case No. BK 12-13877-JDW13
Page 2